IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK PHILLIPS, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-15-37 |
| | : | |
| MARIANNE COX, ET AL., | : | (Judge Brann) |
| | : | |
| Respondents | : | |

## **ORDER**

February 12, 2014

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Phillips' habeas corpus petition is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge